UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
 ROSA TEJADA,                                                :
                                                             :
                  Plaintiff,                                 :       21-CV-4083 (OTW)
                                                             :
                  -against-                                  :       ORDER
                                                             :
 TARGET CORPORATION,                                         :
                                                             :
                  Defendant.                                 :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file their Report of Rule 26(f) Meeting and Proposed Case Management Plan by **July 28, 2021**. Counsel shall familiarize themselves with the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-ona-t-wang.

**SO ORDERED.**

Dated: July 15, 2021
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge