UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA TEJADA                                            :

                                                  :          <u>ORDER</u>
                 Plaintiffs,

                                                  :          21 Civ. 4083 (OTW) (GWG)

   -v.-

                                                  :
TARGET CORPORATION
                                                  :

               Defendants.            :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The settlement conference is adjourned to December 20, 2021, at 3:30 p.m. The dial-in instructions remain the same.


      SO ORDERED.

Dated: December 1, 2021
       New York, New York

                                               GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge